IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WILSON,

    Plaintiff,                         No. CIV S-07-1192 GEB DAD P

    vs.

JAMES TILTON, et al.,

    Defendants.                  ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On April 20, 2010, the court ordered defendants Suzan Hubbard and Nola Grannis to pay the U.S. Marshall for the cost of effecting personal service. Defendants were allowed fourteen days to file written statements showing good cause for their failure to waive service.

        On April 30, 2010, defendants filed an ex parte application for an extension of time pursuant to Local Rule 144. Therein, defendants seek an addition thirty days to file to a response to the court's April 20, 2010 orders and explain the reason for the request. Good cause appearing, defendants' ex parte application for an extension of time will be granted.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' April 29, 2010 ex parte application for an extension of time (Docket No. 37) is granted;

2. Defendant Suzan Hubbard shall, within thirty days of the date of this order, pay the United States Marshall the sum of $58.00, unless within that time defendant files a written statement showing good cause for her failure to waive service; and

3. Defendant Nola Grannis shall, within thirty days of the date of this order, pay the United States Marshall the sum of $71.00, unless within that time defendant files a written statement showing good cause for his failure to waive service.

DATED: May 7, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:sj
wils1192.36ex(b)