IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WILSON,

      Plaintiff,                    No. CIV S-07-1192 GEB DAD P

   vs.

JAMES TILTON, et al.,

      Defendants.           <u>ORDER</u>

_____/

        On May 10, 2010, the court ordered defendant Hubbard to pay the U.S. Marshall the sum of $58.00 for the cost of effecting personal service or file a written statement showing good cause for her failure to waive service. On May 26, 2010, defendant Hubbard filed a timely statement explaining that she made a general appearance by filing a motion in this matter months earlier, and therefore had already subjected herself to the personal jurisdiction of the court. Moreover, defendant Hubbard declares that she submitted her signed waiver of service, along with the other defendants, but the U.S. Marshal's office failed to file her waiver form.

        Good cause appearing, IT IS HEREBY ORDERED THAT:

        1. The court's May 10, 2010 order to show cause (Doc. No. 39) is discharged;

        2. Defendant Hubbard's request for relief from the cost of effecting personal service (Doc. No. 42) is granted; and

1    3. The Clerk of Court is directed to serve a copy of this order on the U.S.
2 Marshal.
3 DATED: June 15, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7 DAD:sj
wils1192.taxcost(3)