IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WILSON,

      Plaintiff,                    No. CIV S-07-1192 GEB DAD P

   vs.

JAMES TILTON, et al.,

      Defendants.            <u>ORDER</u>

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On June 16, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to defendants that any objections to the findings and recommendations were to be filed within fourteen days. Defendants have not filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed June 16, 2010, are adopted in full;

2. Defendants' January 26, 2010 motion to revoke plaintiff's in forma pauperis status and motion to dismiss (Doc. No. 27) is denied; and

3. Defendants are ordered to file a response to plaintiff's complaint within thirty days of the date of this order.

Dated: July 12, 2010

GARLAND E. BURRELL, JR.
United States District Judge

2