IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WILSON,

      Plaintiff,                  No. 2:07-cv-1192 GEB DAD (PC)

   vs.

JAMES TILTON, et al.,

      Defendants.         <u>ORDER</u>

_____/

       Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Judgment was entered in this action on February 15, 2012. On April 5, 2012, plaintiff filed a notice of appeal, which was processed to the United States Court of Appeals for the Ninth Circuit (court of appeals) on April 10, 2012. By order filed June 18, 2012, the court of appeals remanded the matter for the limited purpose of allowing this court to rule on a statement contained in plaintiff's April 5, 2012 notice of appeal which the court of appeals has construed as "a timely request to reopen the time to appeal pursuant to Federal Rule of Appellate Procedure 4(a)(6)." Order filed June 18, 2012, at 1.

/////

/////

/////

1

Good cause appearing, IT IS HEREBY ORDERED that defendants are granted ten days from the date of this order in which to file a response to plaintiff's request pursuant to Fed. R. App. P. 4(a)(6).

Dated: June 21, 2012

GARLAND E. BURRELL, JR.
United States District Judge