IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WILSON,

    Plaintiff,                   No. 2:07-cv-1192 GEB DAD P

    vs.

JAMES TILTON, et al.,

    Defendants.               ORDER

_____/

        On June 5, 2012, plaintiff filed a document styled "Notice of Change of Address and Request for Housing Change to Testify and Denial of Legal Material for June 28, 2012 Trial."[1] This civil rights action was closed in this court on February 15, 2012 and is now pending on appeal in the United States Court of Appeals for the Ninth Circuit. The document filed by plaintiff on June 5, 2012 will therefore be disregarded.

        IT IS SO ORDERED.

DATED: September 26, 2012.

                                                  DALE A. DROZD
                                                  UNITED STATES MAGISTRATE JUDGE

DAD:12:kly
wils1192.58

---

[1] The document bears the case number No. 2:06-cv-1192 KJM GGH P, but was filed in the instant action. The only action filed by plaintiff assigned to the two foregoing judges is 2:06-cv-0791 KJM GGH P, a case that was closed on March 31, 2011.