1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAVID WILSON,

11          Plaintiff,                    No. 2:07-cv-1192 GEB DAD P

12      vs.

13   JAMES TILTON, et al.,

14          Defendants.              <u>ORDER</u>

15   _____/

16          On June 5, 2012, plaintiff filed a document styled "Notice of Change of Address

17   and Request for Housing Change to Testify and Denial of Legal Material for June 28, 2012

18   Trial."[1]  This civil rights action was closed in this court on February 15, 2012 and is now pending

19   on appeal in the United States Court of Appeals for the Ninth Circuit.  The document filed by

20   plaintiff on June 5, 2012 will therefore be disregarded.

21          IT IS SO ORDERED.

22   DATED: September 26, 2012.

23

24   DAD:12:kly
     wils1192.58

25   _____

26

          _____
          DALE A. DROZD
          UNITED STATES MAGISTRATE JUDGE

---

[1]  The document bears the case number No. 2:06-cv-1192 KJM GGH P, but was filed in the instant action.  The only action filed by plaintiff assigned to the two foregoing judges is 2:06-cv-0791 KJM GGH P, a case that was closed on March 31, 2011.